1  Robb Hewitt, Attorney at Law,CBN158751
   LAW OFFICES OF ROBB HEWITT
2  1317 Fifteenth Street, Suite A
   Sacramento, CA 95814
3  (916)447-2012
   Attorney for Plaintiff Capitol Waste, Inc.

## IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL WASTE, INC, | Case No.: 2:10-CV-00866-FCD-EFB |
| Plaintiff, | |
| vs. | |
| | **REQUEST BY STIPULATION FOR ORDER AMENDING FIRST AMENDED PRETRIAL SCHEDULING (ORDER FILED 8-13-10)** |
| A GREENER GLOBE, aka A GREENER GLOBE CORPORATION, aka A GREENER GLOBE, INC. aka A GREENER GLOBE, DANIEL G. SHEEHAN, dba A GREENER GLOBE, JACKLYN C. SHEEHAN, dba A GREENER GLOBE; WESTERN HIGHLAND MORTGAGE FUND 1, LLC;  UNITED STATES DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE; NORTHERN CALIFORNIA COLLECTION SERVICE, INC.Does 1-200, inclusive, | **ORDER ON STIPULATION** |
| Defendants | |

Plaintiff, by undersigned counsel, submits this request by stipulation to amend Pretrial Scheduling ordered and filed in this case on August 13, 2010, so as to permit discovery cutoff to extend until December 31, 2010, due to Plaintiff's counsel's ongoing medical issues.

STIPULATION

WHEREAS Plaintiff's counsel has suffered an injury to his back for which he is undergoing diagnosis and treatment ("Medical Condition"); and

1  WHEREAS Plaintiff's counsel's Medical Condition has interfered with his ability to
2  work competently full time on his case load as well as in the instant case, has also resulted in his
3  inability to attend certain noticed depositions to date, and is expected to continue to interfere
4  with Plaintiff's counsel performance of his duties in this case over the short term, and
5
6  WHEREAS Plaintiff's counsel believes he will be able to complete discovery by
   December 31, 2010,
7
8  THE PARTIES HEREBY STIPULATE and agree, so as to accommodate Plaintiff's
9  counsel, that there is good cause to request an extension of discovery cutoff until December 31,
10 2010, and accordingly stipulate, subject to the courts approval, to amend the Pretrial Scheduling
11 in this case to include a discovery cutoff date of December 31, 2010.

12
13 Dated:                                    /s/
                                             LAW OFFICES OF ROBB HEWITT
14                                           Robb Hewitt, Attorney for Capitol Waste. Inc.

15
16 Dated:                                    /s/
                                             WALSH LAW FIRM
17                                           James R. Walsh, Attorney for Greener Globe,
                                             Daniel Sheehan, Jacklyn Sheehan, and Western
18                                           Mortgage Fund 1, LLC

19
20 Dated:                                    /s/
                                             BENJAMIN B. WAGNER, United States Attorney
21                                           ADAIR F. BOROUGHS
                                             U.S. Department of Justice, Tax Division, Attorneys
22                                           for The United States of America.

23 IT IS SO ORDERED.

24 DATED: October 28, 2010

25
                                             FRANK C. DAMRELL, JR.
                                             UNITED STATES DISTRICT JUDGE