1  James R. Walsh, No. 051764
   **WALSH LAW FIRM**
2  Attorneys at Law
   250 Lafayette Circle, Suite 200
3  Lafayette, CA 94549
   Telephone:    925.284.7400
4  Facsimile:    866.406.8863
   Email:        Jwalsh@walsh-law.com
5
   Attorneys for Defendants **A GREENER GLOBE**, a California
6  non-profit public benefit corporation, sued herein as "A
   GREENER GLOBE, a California Corporation, aka A
7  GREENER GLOBE CORPORATION, AKA A GREENER
   GLOBE, Inc. AKA A GREENER GLOBE, a California non-
8  profit public benefit corporation (co- owner)", **DANIEL G.
   SHEEHAN**, an individual, sued herein as "DANIEL G.
9  SHEEHAN, an individual and dba A GREENER GLOBE (co-
   owner)", **JACKLYN C. SHEEHAN**, an individual, sued
10 herein as "JACKLYN C. SHEEHAN, an individual and dba A
   GREENER GLOBE (co-owner)", and Defendant **WESTERN
11 HIGHLAND MORTGAGE FUND 1, LLC**

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14

15 | CAPITOL WASTE, INC.,       | No. 2:10-CV-00866-FCD-EFB |
16 |        Plaintiffs,          | **STIPULATION AND ORDER** |
17 |        v.                   |                           |
18 | A GREENER GLOBE, et. al.    |                           |
19 |        Defendants.          |                           |

21     Plaintiff, by undersigned counsel, submits this request by stipulation to amend

22 Pretrial Scheduling ordered and filed in this case on August 13, 2010, so as to permit

23 discovery cutoff to extend until February 28, 2011, due to Plaintiff's counsel's ongoing

24 medical issues.

25                              **STIPULATION**

26     WHEREAS Plaintiff's counsel has suffered an injury to his back for which he is

27 undergoing diagnosis and treatment ("Medical Condition"); and

28

WHEREAS Plaintiffs counsel's Medical Condition has interfered with his ability to work competently full time on his case load as well as in the instant case, has also resulted in his inability to attend certain noticed depositions to date and is expected to continue to interfere with Plaintiff's counsel performance of his duties in this case over the short term, and

WHEREAS Plaintiff's counsel believes he will be able to complete discovery by February 28, 2011,

THE PARTIES HEREBY STIPULATE and agree, so as to accommodate Plaintiff's counsel that there is good cause to request an extension of discovery cutoff, and accordingly stipulate, subject to the courts approval, as follows:

1. To amend the Pretrial Scheduling in this case to include a discovery cutoff date of February 28, 2011.
2. The depositions of Plaintiff Capitol Waste, Inc., Kenneth Whitmire and Iva Whitmire will be held on January 24, 2011 at the Walsh Law Firm in its Roseville, California office.
3. Plaintiff shall provide full and complete responses to the Form Interrogatories, Requests for Admission, Requests to Produce Documents and Special Interrogatories, previously served by defendants in the state court action. These responses, including production of the documents, shall be delivered to the Walsh Law Firm in Lafayette, CA no later than the close of business on January 3, 2011. Failure to fully comply with this agreement and order will result in sanctions.

Dated: December ___, 2010          **LAW OFFICES OF ROBB HEWITT**


/s/_____
Robb Hewitt, Attorney for Capitol Waste, Inc.

Dated: December___, 2010    **WALSH LAW FIRM**

/s/
James R. Walsh

Attorneys for Defendants **A GREENER GLOBE**, **DANIEL G. SHEEHAN, JACKLYN C. SHEEHAN**, and **WESTERN HIGHLAND MORTGAGE FUND 1, LLC**

Dated: December ___, 2010    /s/

BENJAMIN B. WAGNER.
United States Attorney
ADAIR F. BOROUGHS
U.S. Department of Justice, Tax Division,
Attorney for The United States of America.

**ORDER**

**IT IS SO ORDERED.**

Dated: December 28, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE