UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL WASTE, INC., | NO. 2:10-cv-0866 FCD EFB |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE RE SANCTIONS |
| A GREENER GLOBE, et al., | |
| Defendants. | |

----oo0oo----

1.  The hearing on the United States' Motion for Summary Judgment (Docket No. 14) is CONTINUED to April 8, 2011, at 10:00 a.m.  Plaintiff shall file and serve their opposition brief or notice of non-opposition no later than March 25, 2011.  The defendant may file and serve a reply on or before April 1, 2011.

2.  Plaintiff's counsel is ordered to show cause why he should not be sanctioned in the amount of $150.00 for failing to file an opposition or notice of non-opposition to defendant's motion in compliance with Local Rule 230(c).

3.  Plaintiff's counsel shall file his response to the Order to Show Cause on or before March 25, 2011.

4. A hearing on the order to show cause, if necessary, will follow the hearing on the motion.

IT IS SO ORDERED.

DATED: March 11, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE