1 | James R. Walsh, No. 051764
**WALSH LAW FIRM**
Attorneys at Law
250 Lafayette Circle, Suite 200
Lafayette, CA 94549
Telephone:    925.284.7400
Facsimile:    866.406.8863
Email:            Jwalsh@walsh-law.com

Attorneys for Defendants **A GREENER GLOBE**, a California non-profit public benefit corporation, sued herein as "A GREENER GLOBE, a California Corporation, aka A GREENER GLOBE CORPORATION, AKA A GREENER GLOBE, Inc. AKA A GREENER GLOBE, a California non-profit public benefit corporation (co- owner)", **DANIEL G. SHEEHAN**, an individual, sued herein as "DANIEL G. SHEEHAN, an individual and dba A GREENER GLOBE (co-owner)", **JACKLYN C. SHEEHAN**, an individual, sued herein as "JACKLYN C. SHEEHAN, an individual and dba A GREENER GLOBE (co-owner)", and Defendant **WESTERN HIGHLAND MORTGAGE FUND 1, LLC**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL WASTE, INC., | No. 2:10-CV-00866-MCE-EFB |
| Plaintiffs, | **ORDER SETTING SETTLEMENT CONFERENCE** |
| v. | |
| A GREENER GLOBE, et. al. | |
| Defendants. | |

The joint request of Defendants A GREENER GLOBE, a California non-profit public benefit corporation, sued herein as "A GREENER GLOBE, a California Corporation, aka A GREENER GLOBE CORPORATION, AKA A GREENER GLOBE, Inc. AKA A GREENER GLOBE, a California non-profit public benefit corporation (co-owner)", DANIEL G. SHEEHAN, an individual, sued herein as "DANIEL G. SHEEHAN, an individual and dba A GREENER GLOBE (co-owner)", JACKLYN C. SHEEHAN, an individual, sued herein as "JACKLYN C. SHEEHAN, an individual and

-1-

dba A GREENER GLOBE (co-owner)", and Defendant WESTERN HIGHLAND MORTGAGE FUND 1, LLC. (Collectively "AGG Defendants") and Defendant United States of America ("USA"), a defendant and lienholder, for a settlement conference as soon as possible has been reviewed by the court and it is hereby granted.

It is hereby ordered that a settlement conference in this matter will be held on December 10, 2012 at 9:00 AM before Magistrate Judge Newman. The parties will exchange settlement conference statements three days before the conference. With the exception of the USA, each side shall have a representative with full authority to settle the case present at the settlement conference.

Dated:  November 29, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE