KATHRYN KENEALLY
Assistant Attorney General

BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C.  20044-0683
Telephone:	(202) 353-1857
Facsimile:	(202) 307-0054
E-mail:	boris.kukso@usdoj.gov
	western.taxcivil@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITOL WASTE, INC., | ) Civil No. 2:10-CV-00866-MCE-EFB |
| Plaintiff, | ) |
| v. | ) ORDER OF DISMISSAL |
| A GREENER GLOBE aka A GREENER GLOBE CORPORATION aka A GREENER GLOBE, INC., DANIEL G. SHEEHAN dba A GREENER GLOBE, JACKLYN C. SHEEHAN dba A GREENER GLOBE, WESTERN HIGHLAND MORTGAGE FUND 1, LLC, UNITED STATES DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE, NORTHERN CALIFORNIA COLLECTION SERVICE, INC, DOES 1-200 | ) |
| Defendants. | ) |

Pursuant to the stipulation of voluntary dismissal (ECF No.37) and Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is DISMISSED with prejudice against all defendants with each party bearing their own fees and costs.

Submitted by:

KATHRYN KENEALLY
Assistant Attorney General

By:
　/s/ Boris Kukso
BORIS KUKSO
Trial Attorney, Tax Division
U.S. Department of Justice

BENJAMIN B. WAGNER
United States Attorney

Attorneys for the United States

　　　　IT IS SO ORDERED.

Dated: January 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE